**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Frank DURAN, Defendant–Appellant.**

No. 03–2506.

United States Court of Appeals, Seventh Circuit.

Feb. 28, 2006.

Thomas D. Shakeshaft, Office of the United States Attorney, Chicago, IL, for Plaintiff–Appellee.

Abner J. Mikva, University of Chicago Law School, Chicago, IL, for Defendant–Appellant.

484

Before Hon. JOEL M. FLAUM, Chief Judge,[1] Hon. MICHAEL S. KANNE, Circuit Judge, and Hon. ILANA DIAMOND ROVNER, Circuit Judge.

### ORDER

After being convicted of various charges arising out of his involvement in a drug distribution conspiracy, Frank Duran was sentenced to a lengthy term of imprisonment. On appeal, Duran argued, among other things, that his sentence violated the Sixth Amendment. *See United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005); *United States v. Paladino*, 401 F.3d 471, 481 (7th Cir.2005). We remanded to ask whether the judge would have imposed a lesser sentence had he known that the guidelines were advisory, *see Paladino*, 401 F.3d at 483–84. He answered that he would. Consequently, we VACATE Duran's sentence and REMAND for resentencing.